# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| PAUL KEMPTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAFETY HOLDINGS, INC. D/B/A SAMBA SAFETY,<br><br>　　　　　Defendant. | Case No.: 3:24-cv-00265 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, without prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:　　　　September 12, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: 732.695.3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*