UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PAUL KEMPTON, | § | |
| Plaintiff, | § | |
| VS. | § | 3:24-cv-265 |
| SAFETY HOLDINGS, INC. D/B/A SAMBA SAFETY, | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 12, 2024, the plaintiff filed a notice of voluntary dismissal as to its claims against the defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 6.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant in the above-captioned and -numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 16th day of September, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE